NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
PETE McCLOSKEY, JR. (SBN 24541)
pmccloskey@cpmlegal.com
EMANUEL B. TOWNSEND (SBN 305373)
etownsend@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **DOUGLAS WAYNE ROSS, JR.**, **NICOLE ROSS**, and **NEVILLE ROSS**, individually and as Successors-In-Interest to **DOUGLAS WAYNE ROSS, SR.**, decedent,<br><br>Plaintiffs,<br><br>v.<br><br>**THE UNITED STATES OF AMERICA**, a government entity,<br><br>Defendant. | CASE NO. 5:17-cv-02775-EJD<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

The parties, through their counsel of record, HEREBY STIPULATE AND REQUEST that *Ross v. The United States of America, Case No. 5:17-cv-02775-EJD* and *Ross v. The United States of America, Case No. 5:17-cv-06870-HRL* be deemed related and assigned to the Hon. Edward J. Davila, who currently presides over the lowest numbered case.

**IT IS SO STIPULATED.**

Respectfully submitted,
**COTCHETT, PITRE & McCARTHY LLP**

Dated: November 30, 2017   By:   */s/ Emanuel B. Townsend*

**NIALL P. McCARTHY**
**PETE McCLOSKEY, JR.**
**EMANUEL B. TOWNSEND**[1]
Attorneys for Plaintiffs

Dated: November 30, 2017   **BRIAN J. STRETCH**
**United States Attorney**

By:   */s/ Claire T. Cormier*

**CLAIRE T. CORMIER**
Assistant United States Attorney

## [PROPOSED] ORDER

**IT IS SO ORDERED**.

Dated: December 7, 2017

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

---

[1] I, Emanuel B. Townsend, hereby attest that I have been authorized to submit the electronic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**STIPULATOIN AND PROPOSED ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

1