UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS WAYNE ROSS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 5:17-cv-02775-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; REFERRING MATTER TO MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 38 |
| NICOLE ROSS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 5:17-cv-06870-EJD<br><br>Re: Dkt. No. 13 |

Having reviewed the parties' Further Joint Case Management Statement, the Court VACATES the case management conference set at 10:00 a.m. on March 22, 2018.

Pursuant to ADR Local Rule 7-2, the above-entitled case is referred to Magistrate Judge Nathaniel Cousins for a settlement conference to occur no later than May 13, 2018. The parties shall contact Judge Cousins's Courtroom Deputy to arrange a date and time for the conference.

**IT IS SO ORDERED.**

Dated: March 22, 2018

EDWARD J. DAVILA
United States District Judge

Case No.: 5:17-cv-02775-EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE; REFERRING MATTER TO MAGISTRATE JUDGE

1