UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS WAYNE ROSS, et al., Plaintiffs, v. THE UNITED STATES OF AMERICA, Defendant. | Case No. 5:17-cv-02775-EJD<br><br>**ORDER VACATING ORDER SELECTING MEDIATION**<br><br>Re: Dkt. No. 19 |
| NICOLE ROSS, et al., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | Case No. 5:17-cv-06870-EJD |

The Court has referred the above-entitled actions to Magistrate Judge Nathaniel Cousins for a settlement conference. Case No. 17-2775, Dkt. No. 39; Case No. 17-6870, Dkt. No. 14. Accordingly, the Court's order granting the parties' stipulation selecting mediation (Case No. 17-2775, Dkt. No. 19) is VACATED.

**IT IS SO ORDERED.**

Dated: March 14, 2018

EDWARD J. DAVILA
United States District Judge

Case No.: 5:17-cv-02775-EJD
ORDER VACATING ORDER SELECTING MEDIATION

1